**Motion GRANTED and Order filed April 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00296-CV

_____

### IN RE PLATINUM ENERGY SOLUTIONS, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30972**

---

## ORDER

On April 21, 2014, relator Platinum Energy Solutions, Inc. filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Wesley Ward, Judge of the 234th District Court, in Harris County, Texas, to set aside his order, dated March 31, 2014, granting real parties in interest's motion for clarification of order, entered in trial court number 2012-30972, styled *Starstream*

*Capital, LLC, et al. v. L. Charles Moncla, Jr., et al..* Relator claims respondent abused his discretion by ordering relator to produce forty-three categories of requested documents.

Relator also has filed an unopposed motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On April 21, 2014, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the trial court's March 31, 2014 order granting real parties in interest's motion for clarification of order in trial court cause number 2012-30972, *Starstream Capital, LLC, et al. v. L. Charles Moncla, Jr., et al.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest to file a response to the petition for writ of mandamus on or before May 7, 2014**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.